UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04056-CAS-KESx | Date | May 21, 2025 |
| Title | Maureen Harrold v. Cindy Rodriguez et al | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On April 1, 2025, plaintiff Maureen Harrold ("plaintiff") filed this unlawful detainer action against defendants Cindy Rodriguez, Robert Villegas, and Does 1-10 ("defendants") in Los Angeles County Superior Court. Dkt. 1 at 14. On May 6, 2025, defendant Cindy Rodriguez, proceeding *pro se*, removed the case to this Court. Id. at 1. On the same day, she filed a request to proceed *in forma pauperis*. Dkt. 3. Defendant Cindy Rodriguez asserts that this Court has jurisdiction on the basis of diversity of citizenship and on the basis of a federal question. Dkt. 1 at 2.

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See dkt. 1 at 14. Accordingly, defendants are hereby ORDERED TO SHOW CAUSE, in writing, on or before **June 4, 2025,** why this case should not be remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |