UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                    **JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04056-CAS-KESx | Date | June 5, 2025 |
| Title | Maureen Harrold v. Cindy Rodriguez et al | | |

Present: The Honorable       CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Not Present                                 Not Present

**Proceedings:**        **(In Chambers)** - ORDER TO REMAND

On April 1, 2025, plaintiff Maureen Harrold ("plaintiff") filed this unlawful detainer action against defendants Cindy Rodriguez, Robert Villegas, and Does 1-10 ("defendants") in Los Angeles County Superior Court. Dkt. 1 at 14. On May 6, 2025, defendant Cindy Rodriguez, proceeding *pro se*, removed the case to this Court. Id. at 1. On the same day, she filed a request to proceed *in forma pauperis*. Dkt. 3. Defendant Cindy Rodriguez asserts that this Court has jurisdiction on the basis of diversity of citizenship and on the basis of a federal question. Dkt. 1 at 2.

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See dkt. 1 at 14. The Court therefore lacks subject matter jurisdiction and must remand. Suarez, 2011 U.S. Dist. LEXIS 82300 at *6. On May 21, 2025, the Court ordered defendants to show cause, in writing, no later than June 4, 2025, why this case should not be remanded to Los Angeles County Superior Court. Dkt. 10. Defendants have failed to respond to the order to show cause. Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |